1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  FIEL TIGNO
   Supervising Deputy Attorney General
3  JENNIFER G. PERKELL, State Bar No. 203205
   Deputy Attorney General
4   1515 Clay Street, 20th Floor
    P.O. Box 70550
5   Oakland, CA  94612-0550
    Telephone:  (510) 622-2211
6   Fax:  (510) 622-2121
    Email:  Jennifer.Perkell@doj.ca.gov
7  Attorneys for Defendant Department of Motor
   Vehicles

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRIS L. DECKER,** | 2:06-CV-01425-MCE-GGH |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE** |
| v. | |
| **CALIFORNIA DEPARTMENT OF MOTOR VEHICLES,** | |
| Defendant. | |

The parties, by and through their respective counsel or record, hereby stipulate and request an order as follows:

1.  The parties had requested an early settlement conference for the purpose of potentially resolving the injunctive-relief aspect of this lawsuit and, pursuant to that request, this Court set a settlement conference for February 21, 2008;

2.  As of this filing, Defendant's expert has not completed his expert report, therefore making it impossible for Defendant to formulate a position on settlement in time for the February 21st settlement conference;

3.  The parties wish to continue the settlement conference and have agreed to the date of May 15, 2008 for the rescheduled conference.

Stipulation and Order Continuing Settlement Conference                    No. 06-1425 MCE GGH

1  Pursuant to stipulation, the settlement conference scheduled for February 21, 2008, is
2  vacated, and the settlement conference is rescheduled for May 15, 2008 at 10:00 a.m.  The parties
3  are directed to submit confidential settlement conference statements to the Court on or before
4  May 8, 2008.

6  Dated:   2/11/08                                    /s/ Julie Ostil
                                                        JULIE OSTIL
7                                                       Law Offices of Paul L. Rein
                                                        Attorneys for Plaintiff Chris Decker

9  Dated:   2/11/08                                    /s/  Jennifer G. Perkell
10                                                      JENNIFER G. PERKELL
                                                        Deputy Attorney General
11                                                      Attorneys for Defendant California
                                                        Department of Motor Vehicles

13  IT IS SO ORDERED.
14  DATED: February 12, 2008.

                                                        _____
                                                        DALE A. DROZD
                                                        UNITED STATES MAGISTRATE JUDGE

20  Ddad1/orders.civil/decker1425.stipord