EDMUND G. BROWN JR.
Attorney General of the State of California
FIEL D. TIGNO
Supervising Deputy Attorney General
JENNIFER G. PERKELL, State Bar No. 203205
Deputy Attorney General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 622-2211
 Fax:  (510) 622-2121
 Email:  Jennifer.Perkell@doj.ca.gov
Attorneys for Defendant Department of Motor Vehicles

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRIS L. DECKER,**<br><br>                                  Plaintiff,<br><br>         v.<br><br>**CALIFORNIA DEPARTMENT OF MOTOR VEHICLES; and DOES 1-20, Inclusive,**<br><br>                                  Defendants. | No. 2:06-cv-01425-MCE-GGH<br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY, PRETRIAL AND TRIAL DATES** |

Plaintiff CHRIS L. DECKER and Defendant CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, by and their counsel of record, hereby stipulate and request that the Court grant a two-month continuance of the discovery, pretrial, and trial deadlines on the following grounds:

1.   The parties attended a settlement conference before Judge Dale A. Drozd on May 15, 2008, at which progress was made towards a possible resolution of this case;

2.   In light of the progress made at the May 15th settlement conference, a further settlement conference before Judge Dale A. Drozd was set for June 5, 2008, at which it is hoped that the parties will achieve final settlement of this case, thereby obviating the need to comply with the upcoming deadlines in this case;

1

3. In the event that this case does not settle, the parties will need additional time to prepare for and comply with the upcoming discovery and pretrial deadlines.

SO STIPULATED.

Dated: May 19, 2008     PAUL L. REIN
JULIE A. OSTIL
ANN WINTERMAN
LAW OFFICES OF PAUL L. REIN

   /S/  Ann Winterman
Attorneys for Plaintiff
CHRIS DECKER


Dated: May 19, 2008     JENNIFER G. PERKELL
Office of the Attorney General, State of California

   /S/ Jennifer G. Perkell
Attorneys for Defendant
CALIFORNIA DEPARTMENT OF MOTOR VEHICLES

### **ORDER**

Pursuant to stipulation, the new discovery, pretrial, and trial dates are as follows:

1. All discovery, with the exception of expert discovery, shall be completed by **July 25, 2008**;

2. All counsel are to designate in writing, file with the Court, and serve upon all other parties the name, address, and area of expertise of each expert that they propose to tender at trial not later than **September 25, 2008**;

3. All dispositive motions, except motions for continuances, temporary restraining orders or other emergency applications, shall he heard no later than **December 5, 2008**;

4. The Final Pretrial Conference is set for **May 1, 2009**;

5. The parties shall file a Joint Final Pretrial Conference Statement not later than **April 3, 2009**;

6. Counsel shall produce all trial exhibits to Stephanie Deutsch, the Courtroom Clerk, no later than 3:00 p.m. on **June 15, 2009**; and

1     7.    The trial is set for **June 22, 2009** at 9:00 a.m. in Courtroom 7.

2    IT IS SO ORDERED.

4    Dated: June 6, 2008

                                       MORRISON C. ENGLAND, JR.
                                       UNITED STATES DISTRICT JUDGE