PAUL L. REIN, Esq. (SBN 43053)
JULIE OSTIL, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
Tel: (510) 832-5001
Fax: (510) 832-4787

Attorneys for Plaintiff
CHRIS DECKER

WILLIAM MCMAHON, Esq. (SBN 178588)
JENNIFER PERKELL, Esq. (SBN 203205)
Office of the Attorney General, State of California
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550

Attorneys for Defendant
CALIFORNIA DEPARTMENT OF MOTOR VEHICLES

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS L. DECKER, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF MOTOR VEHICLES; and DOES 1 through 20, Inclusive, <br><br> Defendants. _____ / | CASE NO. 2:06-cv-01425 MCE GGH <br><br> <u>Civil Rights</u> <br><br> **CONSENT DECREE AND ORDER** |

**CONSENT DECREE AND ORDER**

1.  Plaintiff CHRIS DECKER filed a First Amended Complaint in this action on August 23, 2006, to enforce provisions of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§ 12101 et seq., and California civil rights laws against Defendants, CALIFORNIA DEPARTMENT OF MOTOR VEHICLES; and DOES 1-20, Inclusive. Plaintiff has alleged that Defendant violated Title II of the ADA and sections 51, 52, 54.1, and 55 of the California Civil Code, and sections 4450 *et seq.,* of the California Government Code

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

C:\iFolder\mengland\Home\TO DOCKET CIVIL\06cv01425.o.0804.doc

by failing to provide full and equal access to their facilities at the DMV Office located at 222 Harding Boulevard in Roseville, California.

2. Defendant CALIFORNIA DEPARTMENT OF MOTOR VEHICLES ("Defendant") denies the allegations in the Complaint and by entering into this Consent Decree and Order does not admit liability to any of the allegations in Plaintiff's Complaint filed in this action. The parties hereby enter into this Consent Decree and Order for the purpose of resolving this lawsuit without the need for protracted litigation, and without the admission of any liability.

**JURISDICTION:**

3. The parties to this Consent Decree agree that the Court has jurisdiction of this matter pursuant to 28 USC §1331 for alleged violations of the Americans with Disabilities Act of 1990, 42 USC 12101 *et seq*. and pursuant to supplemental jurisdiction for alleged violations of California Government Code §4450 *et seq*., including §19959; Title 24 California Code of Regulations; and California Civil Code §§51; 52; 54; 54.1; §54.3; and 55.

4. In order to avoid the costs, expense, and uncertainty of protracted litigation, the parties to this Consent Decree agree to entry of this Order to resolve all claims regarding injunctive relief raised in the Complaint filed with this Court. Accordingly, they agree to the entry of this Order without trial or further adjudication of any issues of fact or law concerning plaintiff's claims for injunctive relief.

WHEREFORE, the parties to this Consent Decree hereby agree and stipulate to the Court's entry of this Consent Decree and Order, which provides as follows:

**SETTLEMENT OF INJUNCTIVE RELIEF**:

5. This Order shall be a full, complete, and final disposition and settlement of Plaintiff's claims against Defendant for injunctive relief that have arisen out of the subject Complaint. The parties agree that there has been no admission or finding of liability or violation of the ADA and/or California civil rights laws, and this Consent Decree and Order

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

C:\iFolder\mengland\Home\TO DOCKET CIVIL\06cv01425.o.0804.doc

1  should not be construed as such.

2      6.     The parties agree and stipulate that the corrective work will be performed in
3  compliance with the standards and specifications for disabled access as set forth in the
4  California Code of Regulations, Title 24-2 and Americans with Disabilities Act Accessibility
5  Guidelines, unless other standards are specifically agreed to in this Consent Decree and Order.

6      7.    <u>Remedial Measures</u>:  The remedial work agreed to by the parties is as follows.
7  All accessible features at the DMV will be maintained in an accessible state.

8          a.     <u>Parking and Exterior Paths of Travel</u>:  Defendant will provide four
9  accessible spaces, one of which will be van accessible.  Defendant will also provide a
10 compliant accessible path of travel from the parking spaces to an accessible entrance of
11 the DMV, and from the parking spaces to the public right-of-way.  Defendant will move
12 benches, trash receptacles, and other obstructions on the exterior sidewalk surrounding
13 the DMV so that the exterior path of travel to all accessible entrances is 36" wide.

14         b.     <u>Building Entrances</u>:  Defendant will provide three accessible entrances to
15 the DMV by providing automatic door openers and aluminum thresholds which provide
16 a slope of no more than 1:12.  Defendant represents that this work has already been
17 performed.  Defendant will lower the call button outside of the south door to within 48"
18 above the finished floor, or eliminate the button.

19         c.     <u>Interior Paths of Travel</u>:  Defendant will provide 36" wide paths of travel
20 throughout the public areas of the DMV interior by removing a row of chairs in the
21 "waiting area" in front of the customer counters and by removing the wide-based
22 stanchions forming the queue lines.

23         d.     <u>Written Testing Room</u>:  Defendant will provide an accessible desk or
24 worktable in the written testing room for use by disabled persons.

25         e.     <u>Restrooms</u>:  Defendant will provide accessible restroom facilities by
26 either converting both restrooms into unisex accommodations and making one of them
27 fully accessible, or, at defendant's option, by making the separate men's and women's
28 rooms both fully accessible.  During construction of the restrooms, accessible portable

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

C:\iFolder\mengland\Home\TO DOCKET CIVIL\06cv01425.o.0804.doc

1    restrooms will be provided on-site for all patrons, reachable by an accessible path of
2    travel.

3    8.    Timing of Injunctive Relief:  Items b, c, and d in paragraph 7 above will be
4    completed no later than August 5, 2008.  Additionally, an accessible portable restroom will be
5    provided by October 15, 2008 as described in paragraph 7e.  Item 7a (parking and exterior
6    paths of travel) will be completed by February 5, 2009. Item 7e (interior restrooms) will be
7    completed no later than June 5, 2009.  In the event that unforeseen difficulties prevent
8    defendant from completing any of the agreed-upon injunctive relief pursuant to the above-
9    stated timeline, defendant or its counsel will notify plaintiff's counsel in writing within 15 days
10   of discovering the delay.  Defendant or its counsel will notify plaintiff's counsel when the
11   corrective work is completed, and in any case will provide a status report no later than 120 days
12   from the entry of this Consent Decree.

13

14   **DAMAGES, ATTORNEY FEES, LITIGATION EXPENSES, AND COSTS:**
15   9.    The parties have not reached an agreement regarding plaintiff's claims
16   for damages, attorney fees, litigation expenses and costs.  These issues shall be the subject of
17   further negotiation, litigation, and/or motions to the Court, and are not subject to this
18   agreement.

19

20   **ENTIRE CONSENT ORDER**:
21   10.   This Consent Decree and Order constitutes the entire agreement between the
22   signing parties on the matters of injunctive relief, and no other statement, promise, or
23   agreement, either written or oral, made by any of the parties or agents of any of the parties, that
24   is not contained in this written Consent Decree and Order, shall be enforceable regarding the
25   matters of injunctive relief described herein.  This Consent Decree and Order applies to
26   plaintiff's claims for injunctive relief only and does not resolve plaintiff's claims for damages,
27   attorney fees, litigation expenses and costs, which shall be the subject of further negotiation
28   and/or litigation.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

C:\iFolder\mengland\Home\TO DOCKET CIVIL\06cv01425.o.0804.doc

**CONSENT ORDER BINDING ON PARTIES AND SUCCESSORS IN INTEREST**:

11.     This Consent Decree and Order shall be binding on Plaintiff CHRIS DECKER, Defendant, CALIFORNIA DEPARTMENT OF MOTOR VEHICLES; and any successors in interest.  The parties have a duty to so notify all such successors in interest of the existence and terms of this Consent Decree and Order during the period of the Court's jurisdiction of this Consent Decree and Order.

**MUTUAL RELEASE AND WAIVER OF CIVIL CODE SECTION 1542 AS TO INJUNCTIVE RELIEF ONLY:**

12.     Except for all obligations required in this Consent Decree, and exclusive of the continuing claims for damages and attorney fees, litigation expenses, and costs, this Consent Decree shall apply to and cover any and all claims, demands, actions and causes of action by the parties to this Consent Decree with respect to the Lawsuit, whether the same are known, unknown or hereafter discovered or ascertained, and the provisions of Section 1542 of the California Civil Code are hereby expressly waived.  Section 1542 provides as follows:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR.

This waiver applies to the injunctive relief aspects of this action <u>only</u> and does not include resolution of plaintiff's claims for damages, attorney fees, litigation expenses and costs.

13.     Except for all obligations required in this Consent Decree, and exclusive of the referenced continuing claims for damages, statutory attorney fees, litigation expenses and costs, each of the parties to this Consent Decree, on behalf of each, their respective agents, representatives, predecessors, successors, heirs, partners and assigns, releases and forever discharges each other Party and all officers, directors, shareholders, subsidiaries, joint

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

C:\iFolder\mengland\Home\TO DOCKET CIVIL\06cv01425.o.0804.doc

1 venturers, stockholders, partners, parent companies, employees, agents, attorneys, insurance
2 carriers, heirs, predecessors, and representatives of each other Party, from all claims, demands,
3 actions, and causes of action of whatever kind or nature, presently known or unknown, arising
4 out of or in any way connected with the Lawsuit.

**TERM OF THE CONSENT DECREE AND ORDER**:

14. This Consent Decree and Order shall be in full force and effect for a period of twelve (12) months after the date of entry of this Consent Decree and Order, or until the injunctive relief contemplated by this Order is completed, whichever occurs later. The Court shall retain jurisdiction of this action to enforce provisions of this Order for twelve (12) months after the date of this Consent Decree, or until the injunctive relief contemplated by this Order is completed, whichever occurs later.

**SEVERABILITY**:

15. If any term of this Consent Decree and Order is determined by any court to be unenforceable, the other terms of this Consent Decree and Order shall nonetheless remain in full force and effect.

**SIGNATORIES BIND PARTIES**:

16. Signatories on the behalf of the parties represent that they are authorized to bind the parties to this Consent Decree and Order. This Consent Decree and Order may be signed in counterparts and a facsimile signature shall have the same force and effect as an original signature.


Dated: June __, 2008

                                                                   Plaintiff CHRIS DECKER

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

C:\iFolder\mengland\Home\TO DOCKET CIVIL\06cv01425.o.0804.doc

1  Dated: June __, 2008

2  _____
   Defendant CALIFORNIA DEPARTMENT OF
3  MOTOR VEHICLES

4  APPROVED AS TO FORM:

6  Dated: June __, 2008        PAUL L. REIN
                               JULIE A. OSTIL
7                              LAW OFFICES OF PAUL L. REIN

9                              _____
                               Attorneys for Plaintiff
                               CHRIS DECKER

11 Dated: June __, 2008        WILLIAM MCMAHON, Esq.
                               JENNIFER PERKELL, Esq.
12                             Office of the Attorney General, State of California

14                             _____
                               Attorneys for Defendant
15                             CALIFORNIA DEPARTMENT
                               OF MOTOR VEHICLES

**ORDER**

Pursuant to stipulation, and for good cause shown, **IT IS SO ORDERED.**

DATED: August 4, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

C:\iFolder\mengland\Home\TO DOCKET CIVIL\06cv01425.o.0804.doc